UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| HOME-OWNERS INSURANCE COMPANY and OWNERS INSURANCE COMPANY, <br><br> Plaintiffs, <br><br> vs. <br><br> TL WILLIAMS & ASSOCIATES, INC; AW ARIA, LLC; ASHTON ATLANTA RESIDENTIAL, LLC; and JASON PULLMAN, <br><br> Defendants. | CIVIL ACTION FILE <br> NO. 1:21-cv-01811-MHC |

## [~~PROPOSED~~] ORDER GRANTING MOTION TO DISMISS ASHTON ATLANTA RESIDENTIAL, LLC

This matter is before the Court on the Parties' Consent Motion to Dismiss Less than All Parties (the "Consent Motion") [Doc. 61]. Having considered the Consent Motion,

IT IS HEREBY ORDERED THAT the Consent Motion is **GRANTED**. Defendant Ashton Atlanta Residential, LLC is dismissed from this case without prejudice, and Defendant Pullman's Cross-Claim against Defendant Ashton Atlanta Residential, LLC is also dismissed without prejudice.

5

258514312v.1

SO ORDERED this 9th day of September, 2021.

_____
Judge Mark H. Cohen
United States District Judge

6