IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| HOME-OWNERS INSURANCE COMPANY and OWNERS INSURANCE COMPANY,<br><br>    Plaintiffs,<br><br>v.<br><br>TL WILLIAMS & ASSOCIATES, INC; AW ARIA, LLC; and JASON PULLMAN,<br><br>    Defendants. | Civil Action<br>File No. 1:21-cv-01811-MHC |

## JOINT NOTICE RESPECTING SETTLEMENT

**COME NOW** PLAINTIFFS and DEFENDANTS and hereby advise and notify the Court that the parties have reached a global settlement of this litigation and the underlying Arbitration.

The parties represent to the Court that they are working diligently to finalize the settlement. Indeed, Defendants AW Aria L.L.C. and Jason Pullman represent that they anticipate the settlement of the underlying Arbitration will be finalized next week. Upon the settlement being finalized in the underlying Arbitration, the parties will finalize settlement of this matter. At that time, Home-Owners Insurance Company, Owners Insurance Company, and AW Aria L.L.C. will move for a

dismissal of this action and the counterclaim (or otherwise dismiss this action and the counterclaim) per the Federal Rules of Civil Procedure.

This 21st day of April, 2022.

Respectfully submitted,

| KENDALL \| MANDELL, LLC | WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP |
|---|---|
| /s/ M. Brandon Howard<br>Michael C. Kendall<br>Georgia Bar No. 414030<br>M. Brandon Howard<br>Georgia Bar No. 550524<br>*Attorneys for Home-Owners Ins. Co. and Owners Ins. Co.*<br>3152 Golf Ridge Blvd., Suite 201<br>Douglasville, Georgia 30135<br>Telephone:  (770) 577-3559<br>Facsimile:   (770) 577-8113<br>mckendall@kendallmandell.com<br>mbhoward@kendallmandell.com | /s/ Kyle P. Barrett<br>(with express permission by M. Brandon Howard)<br>Parks K. Stone, Esq.<br>Georgia Bar No.: 547930<br>Kyle P. Barrett, Esq.<br>Georgia Bar No.: 874795<br>Margaret E. Twomey, Esq.<br>Georgia Bar No. 768751<br>*Attorneys for AW Aria, LLC*<br>3348 Peachtree Road, NE<br>Suite 1400<br>Atlanta, Georgia 30326<br>Telephone:  (470) 419-6650<br>Facsimile:   (470) 419-6651<br>parks.stone@wilsonelser.com<br>kyle.barrett@wilsonelser.com<br>meg.twomey@wilsonelser.com |

SCRUDDER, BASS, QUILLAN, HORLOCK, LAZARUS & ADELE, LLP

/s/ Teddy L. Sutherland
(with express permission by M. Brandon Howard)
William W. Horlock, Jr., Esq.
Georgia Bar No.: 366890
Teddy L. Sutherland, Esq.
Georgia Bar No.: 693189
*Attorneys for TL Williams & Associates*
900 Circle 75 Parkway, Suite 850
Atlanta, Georgia 30339-3053
Telephone: (770) 612-9200
Facsimile: (770) 612-9201
bhorlock@scrudderbass.com
tsutherland@scrudderbass.com

ROSE LITIGATION, LLC

/s/ Lisa K. Rose
(with express permission by M. Brandon Howard)
Lisa K. Rose, Esq.
Georgia Bar No.: 614204
*Attorney for Jason Pullman*
4880 Lower Roswell Road
Suite 165-522
Marietta, Georgia 30068
Telephone: (678) 806-8188
lisa@roselitigation.lawyer

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| HOME-OWNERS INSURANCE COMPANY and OWNERS INSURANCE COMPANY,<br><br>    Plaintiffs,<br><br>v.<br><br>TL WILLIAMS & ASSOCIATES, INC; AW ARIA, LLC; and JASON PULLMAN,<br><br>    Defendants. | Civil Action<br>File No. 1:21-cv-01811-MHC |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served or caused to be served a copy of the within and foregoing **JOINT NOTICE RESPECTING SETTLEMENT** in this matter by electronically filing the same with the Court via the CM/ECF system to the following counsel of record:

Parks K. Stone, Esq.
Kyle P. Barrett, Esq.
Margaret E. Twomey, Esq.
WILSON, ELSER MOSKOWITZ
EDELMAN & DICKER, LLP
3348 Peachtree Road, NE
Suite 1400
Atlanta, Georgia 30326

William W. Horlock, Jr., Esq.
Teddy L. Sutherland, Esq.
SCRUDDER, BASS, QUILLIAN
HORLOCK, LAZARUS & ADELE, LLP
900 Circle 75 Parkway, Suite 850
Atlanta, Georgia 30339-3053

Lisa K. Rose, Esq.
ROSE LITIGATION, LLC
4880 Lower Roswell Road
Suite 165-522
Marietta, Georgia 30068

    This 21st day of April, 2022.

                                          /s/ M. Brandon Howard
                                          M. Brandon Howard